IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOMMY DWAYNE HALL                                       PLAINTIFF

        v.                  Civil No. 04-4131

H. L. PHILLIPS, Sheriff, Miller County,
Arkansas; JEFF BLACK, Head Jailer,
Miller County Sheriff's Department; and
LT. HONZA, Miller County Sheriff's
Department                                                       DEFENDANTS

**O R D E R**

On February 23, 2006, defendants filed a motion to withdraw and substitute counsel (Doc. 44). The motion indicates Ms. Angela Echols will no longer be associated with the law firm of Bachelor & Newell and asks that C. Burt Newell be substituted as attorney of record for the defendants. The motion further indicates that Mr. Newell is prepared to comply with all scheduling orders. The court notes this case is scheduled for evidentiary hearing on March 9, 2006. Given the representation that Mr. Newell can be prepared to move forward with the scheduled hearing, the motion is granted.

IT IS SO ORDERED this 1st day of March 2006.

                                              /s/ Bobby E. Shepherd
                                              UNITED STATES MAGISTRATE JUDGE