IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOMMY DWAYNE HALL                                                           PLAINTIFF

VS.                                      Case No. 04-4131

H. L. PHILLIPS, Sheriff, Miller County,
Arkansas; JEFF BLACK, Head Jailer,
Miller County Sheriff's Department;
and LT. HONZA, Miller County Sheriff's
Department                                                                  DEFENDANTS

## **ORDER**

     Before the Court is the Report and Recommendation filed April 17, 2006 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 58) The Court previously dismissed some of Plaintiff's claims after considering Defendants' Motion for Summary Judgment. (Doc. 34) On March 9, 2006, Judge Shepherd held an evidentiary hearing on Plaintiff's remaining failure to protect and denial of adequate medical care. Judge Shepherd recommends Plaintiff's failure to protect and denial of adequate medical care claims be dismissed. Plaintiff has not filed objections to the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation *in toto*. The Court finds Plaintiff's failure to protect and denial of adequate medical care claims should be and hereby are dismissed. Since all of Plaintiff's claims have now been dismissed, the Court finds Plaintiff's case should be and hereby is dismissed in its entirety.

     IT IS SO ORDERED, this 5th day of May, 2006.

                                              /s/ Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              U.S. District Court